1  Pat Lundvall (NSBN 3761)
   MCDONALD CARANO LLP
2  2300 West Sahara Avenue, Suite 1200
   Las Vegas, NV 89102
3  Telephone: (702) 873-4100
   lundvall@mcdonaldcarano.com
4
5  James V. Masella, III (admitted *pro hac vice*)
   Jesse A. Townsend (admitted *pro hac vice*)
   PATTERSON BELKNAP WEBB & TYLER LLP
6  1133 Avenue of the Americas
   New York, NY 10036
7  Telephone: (212) 336-2000
   jmasella@pbwt.com
8  jtownsend@pbwt.com

9  *Attorneys for Defendants John Robert Lee,
   Steve Roberts, Jonathan Tondeur, Edward Yew,*
10 *and Nominal Defendant Zoompass Holdings, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENIS BOURQUE, Derivatively on behalf of Nominal Defendant, ZOOMPASS HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN ROBERT LEE, STEVE ROBERTS, JONATHAN TONDEUR, and EDWARD YEW, <br><br> Defendants, <br><br> and <br><br> ZOOMPASS HOLDINGS, INC. <br><br> Nominal Defendant. | Case No.: 2:18-cv-00776-JAD-CWH <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> ECF No. 14 |

Plaintiff DENIS BOURQUE ("Plaintiff") and Defendants JOHN ROBERT LEE, STEVE ROBERTS, JONATHAN TONDEUR, and EDWARD YEW ("Defendants"), and Nominal Defendant ZOOMPASS HOLDINGS, INC. ("Nominal Defendant") stipulate and agree to dismiss

1

this action in its entirety with prejudice, with each party to bear its own attorney's fees and costs. This dismissal resolves all claims set forth in this case made against any party. The parties therefore respectfully request that the Court enter an Order dismissing this action with prejudice with each party to bear its own attorney's fees and costs.

DATED this 5th day of February, 2019.    DATED this 5th day of February, 2019.

**McDONALD CARANO LLP**    **MUEHLBAUER LAW OFFICE, LTD.**

By:  /s/ Pat Lundvall    By:  /s/ Andrew R. Muehlbauer
Pat Lundvall (NSBN 3761)    Andrew R. Muehlbauer, Esq. (NSBN 10161)
2300 West Sahara Avenue, Suite 1200    Sean P. Connell, Esq. (NSBN 7311)
Las Vegas, Nevada 89102    7915 West Sahara Ave., Suite 104
Tel: (702) 873-4100    Las Vegas, Nevada 89117
lundvall@mcdonaldcarano.com    Tel.: 702-330-4505
andrew@mlolegal.com
sean@mlolegal.com

**PATTERSON BELKNAP WEBB & TYLER LLP**    Of Counsel:
James V. Masella, III
Jesse A. Townsend    **POMERANTZ LLP**
1133 Avenue of the Americas    Gustavo F. Bruckner
New York, New York 10036    600 Third Avenue
Tel: 212-336-2000    New York, NY 10016
Fax: 212-336-2222    (212) 661-1100
jmasella@pbwt.com
jtownsend@pbwt.com    *Attorneys for Plaintiff Denis Bourque*

*Attorneys for Defendants John Robert Lee, Steve Roberts, Edward Yew, and Jonathan Tondeur, and for Nominal Defendant Zoompass Holdings, Inc.*

### ORDER

Based on the parties' stipulation **[ECF No. 14]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 6, 2019